1120

No. 99–6897. MARTIN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. Reported below: 554 Pa. 331, 721 A. 2d 763.

No. 99–6924. REED v. MOSLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–6928. SPRINGER v. MARICOPA COUNTY MEDICAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 99–6933. KEHLER v. WORKERS' COMPENSATION APPEAL BOARD (DEPARTMENT OF PUBLIC WELFARE). Commw. Ct. Pa. Certiorari denied.

No. 99–6935. MACIEL v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6939. TIBBS v. CORCORAN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 99–6941. REYNOLDS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 99–6946. CHINN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–6954. ROGERS v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–6957. NICHOLS v. PRESLEY ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–6958. KEY v. GRAYSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–6962. JOHNSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 99–6963. JAMES v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–6964. LARRY v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 99–6966. GILLIAM v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.